IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CR-31-H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL ANTHONY COWARD, ) | |
| Defendant. ) | |

Upon oral motion of the government, made in open court on January 7, 2014, and for good cause shown, defendant's arraignment in this matter is hereby continued to the court's February 11, 2014, criminal term in Greenville.

The delay occasioned by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

This 8th day of January 2014.

_____
KIMBERLY A. SWANK
United States Magistrate Judge